UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JAMES EDWARD MAYEUX JR** | **CASE NO.  6:20-CV-00092** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **BARBARA R MAYEUX ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

Before this Court is the report and recommendation of the magistrate judge, issued upon a *sua sponte* jurisdictional review in this case.[1]  After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation issued by the magistrate judge, plaintiff's claims are DISMISSED without prejudice based on this Court's lack of subject-matter jurisdiction.

Signed at Lafayette, Louisiana, this 24th day of June, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 105.